United States District Court
Southern District of Texas
**ENTERED**
October 13, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARISOL CARBAJAL ROMERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-26-7628 |
| | § | |
| MARKWAYNE MULLIN, JOSEPH B. EDLOW, and TEXAS SERVICE CENTER DIRECTOR, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal Without Prejudice, Pursuant to Rule 41(a)(1)(A)(i), FED. R. CIV. P., filed at Document No. 8. It is hereby

ORDERED that Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A)(i), FED. R. CIV. P. (Doc. No. 8) is GRANTED and this case is DISMISSED without prejudice, with each party to bear its own costs.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 13th day of October 2026.

Ewing Werlein, Jr.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE